FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUBLE COIN TYRE GROUP, INC., a Chinese corporation, and CHINA MANUFACTURERS ALLIANCE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SANTOS V. GARZA, an individual, and DOES 1-10,<br><br>Defendants. | NO: 2:20-CV-128-RMP<br><br>TEMPORARY RESTRAINING ORDER AND ORDER SETTING PRELIMINARY INJUNCTION HEARING |

BEFORE THE COURT is the Motion for Temporary Restraining Order and Motion for Preliminary Injunction, ECF No. 11, by Plaintiffs Double Coin Tyre Group Ltd. ("DCTG") and China Manufacturers Alliance LLC ("CMA"). Also before the Court is the Stipulation, ECF No. 17, of Defendant Santos Garza and Plaintiffs to entry of the Temporary Restraining Order pending a hearing on the Motion for Preliminary Injunction, ECF No. 11, on June 18, 2020.

TEMPORARY RESTRAINING ORDER ~ 1

1     Based on the Plaintiffs' Motion, ECF No. 11, and the papers on file with the

2 Court, and based on the parties' Stipulation, the Court finds as follows for purposes

3 of entry of the Temporary Restraining Order only:

4     A.    Plaintiffs are likely to prevail on the merits of their claim that

5 Defendant Garza's sale of "Uble Coin" tires and/or other gray market Double Coin

6 tires infringes DCTG's valid trademarks, including Trademark Registration Nos.

7 1,363,253 and 3,335,547;

8     B.    Plaintiffs have demonstrated that they will suffer irreparable harm to

9 their goodwill and reputation because the gray market tires being sold by

10 Defendant Garza do not meet the Federal Motor Vehicle Safety Standards and are

11 of lesser quality than the Double Coin tires that Plaintiffs import and sell;

12     C.    The balance of equities favors Plaintiffs because they will suffer

13 irreparable harm whereas Defendant Garza will be prevented from selling products

14 that should not be sold in the first place; and

15     D.    An injunction is in the public interest to protect Plaintiffs' valid

16 trademark rights and to protect end users of the gray market tires at issue.

17     Accordingly, **IT IS HEREBY ORDERED** that:

18     1.    Defendant Garza, his agents, employees, and attorneys, and any other

19 persons in active concert or participation with Defendant Garza are hereby

20 enjoined and restrained as follows:

21

TEMPORARY RESTRAINING ORDER ~ 2

      a.    Defendant Garza, *et al.* shall not market, sell, or distribute any tires bearing the name "Uble Coin" or containing a manufacturer code belonging to Plaintiff DCTG or one of its subsidiaries;

      b.    Defendant Garza, *et al.* shall not destroy any tires with the name "Uble Coin" or containing a manufacturer code belonging to Plaintiff DCTG or one of its subsidiaries in Defendant's possession, custody, or control and instead, Defendant Garza, *et al.* shall keep and store all such tires until the trial on this action occurs.

      c.    Defendant Garza, *et al.* shall not destroy any records regarding the sales of tires with the name "Uble Coin" or containing a manufacturer code belonging to Plaintiff DCTG or one of its subsidiaries in Defendant's possession, custody, or control and instead, Defendant Garza, *et al.* shall keep and store all such records until the trial on this action occurs.

2.    An evidentiary hearing on the issuance of a preliminary injunction shall occur by video conference on **June 18, 2020, at 1:30 p.m.** Any response from Defendant shall be filed by June 9, 2020. Any reply from Plaintiffs shall be filed by June 12, 2020. Case participants will be provided with separate call-in details by private email from the Court's staff to use for this video conference. Non-parties may call the Court's public conference line at 1-888-363-4749, access code 4939688 # (no security code required), five minutes before the scheduled

TEMPORARY RESTRAINING ORDER ~ 3

conference time. P arties on the phone MUST MUTE THEIR PHONES and NO RECORDING OR REBROADCASTING IS PERMITTED.

3. The Court finds that no security shall be required of Plaintiffs.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Temporary Restraining Order and provide copies to counsel.

**DATED** May 27, 2020.

                                      *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge

TEMPORARY RESTRAINING ORDER ~ 4